UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA HOWARD,<br><br>        Plaintiff,<br>v.<br><br>CITY OF LOS ANGELES, Police Officer Richard Fox, Police Officer Maryann Bunag, Detention Officer Juan Romero individually,<br><br>        Defendants. | CASE NO. CV14-02781 SJO (JEMx)<br><br>[PROPOSED] ORDER RE:<br>PROTECTIVE ORDER |

The parties having so stipulated, and good cause appearing, the Stipulated Protective Order filed by the parties is hereby granted.

**IT IS SO ORDERED**:

DATED: 7/29/2014

~~S. JAMES OTERO~~
~~UNITED STATES MAGISTRATE JUDGE~~
**JOHN E. McDERMOTT**
**UNITED STATES MAGISTRATE JUDGE**